# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JIMMY L. NOEL,<br><br>　　　　　　Defendant. | ) Case No.: 2:16-cr- **323**<br>)<br>) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEAS CORPUS<br>) AD PROSEQUENDUM FOR<br>) JIMMY L. NOEL<br>) (ID#) 07036814<br>)<br>)<br>) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JIMMY L. NOEL** before the United States District Court at Las Vegas, Nevada, on or about Thursday, 11/17/2016, Courtroom 3B, PAL, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: November 8, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  DANIELL G. BOGDEN
   United States Attorney
2  District of Nevada
   RICHARD ANTHONY LOPEZ
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
   Suite 1100
4  Las Vegas, Nevada 89101
   702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr- **323** |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JIMMY L. NOEL |
| vs. | (ID#) 07036814 |
| JIMMY L. NOEL, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JIMMY L. NOEL**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JIMMY L. NOEL** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JIMMY L. NOEL** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____ Thursday, 11/17/2016 Courtroom 3B, PAL _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JIMMY L. NOEL** before the United States District Court on or about _____ Thursday, 11/17/2016 Courtroom 3B, PAL _____, at the hour of 3:00 p.m., for

arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **JIMMY L. NOEL** before the United States District Court on or about Thursday, 11/17/2016 Courtroom 3B, PAL, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 8th day of November, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

RICHARD ANTHONY LOPEZ
Assistant United States Attorney

2