RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Jimmy L. Noel

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-323-GMN-VCF |
| Plaintiff, | **MOTION TO WITHDRAW MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| JIMMY L. NOEL, | |
| Defendant. | |

CERTIFICATION:  This Motion is timely filed.

COMES NOW, the defendant Jimmy L. Noel, by and through his attorney, Monique Kirtley, Assistant Federal Public Defender, who files this Motion to Withdraw Motion to Modify a Condition of Pretrial Release.

DATED this 20th day of December, 2016.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Monique Kirtley*

MONIQUE KIRTLEY
Assistant Federal Public Defender
Attorney for Jimmy L. Noel

### **Memorandum of Points and Authorities**

On December 12, 2016, a Motion to Modify a Condition of Pretrial Release was filed requesting a modification of Mr. Noel's pretrial release condition to allow him to reside in Illinois during the pendency of this instant case.  Undersigned counsel for Mr. Noel has been informed that Mr. Noel is no longer at the halfway house.  Based on the above information undersigned counsel's motion has been rendered moot and hereby respectfully request that this Court withdraw the motion to Modify a Condition of Pretrial Release.

Undersigned counsel hereby respectfully requests that this Court

DATED this 20th day of December 2016.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Monique Kirtley*

MONIUQE KIRTLEY
Assistant Federal Public Defender
Attorney for Jimmy L. Noel

**IT IS ORDERED** that the Motion to Withdraw Motion (ECF No. 23) is **GRANTED**, and the Motion to Modify Conditions (ECF No. 20) is **WITHDRAWN**.

Dated: December 28, 2016

Peggy A. Leen
United States Magistrate Judge

2

1

## CERTIFICATE OF ELECTRONIC SERVICE

2      The undersigned hereby certifies that he is an employee of the Federal Public Defender

3   for the District of Nevada and is a person of such age and discretion as to be competent to serve

4   papers.

5      That on December 20, 2016, he served an electronic copy of the above and foregoing

6   **MOTION TO WITHDRAW MOTION TO TEMPORARILY MODIFY CONDITIONS**

7   **OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

8

9        DANIEL G. BOGDEN
         United States Attorney
10       RICHARD ANTHONY LOPEZ
         Assistant United States Attorney
11       501 Las Vegas Blvd. South
         Suite 1100
12       Las Vegas, NV 89101

13                              */s/ Brandon Thomas*
                               Employee of the Federal Public Defender
14

15

16

17

18

19

20

21

22

23

24

25

26

3